AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Rodney G. Smith, Executive Director
of Teamsters Union 25 Health
Services and Insurance Plan

V.

Anthony Scibilio

**SUMMONS IN A CIVIL CASE**

CASE

# 04-11559 PBS

TO: (Name and address of Defendant)

Anthony Scibilio
299 Thicket Street
Weymouth, MA 02190

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew E. Dwyer
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



7-13-04

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    ☐  Served personally upon the third-party defendant. Place where served: _____

    ☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

       Name of person with whom the summons and complaint were left: _____

    ☐  Returned unexecuted: _____

    ☐  Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                  Date                          Signature of Server

_____
Address of Server

---

**Norfolk County Sheriff's Department**    2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

July 27, 2004

I hereby certify and return that on 7/23/2004 at 06:02 pm I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Anthony Scibilio at 299 Thicket Street Weymouth, MA 02190. Basic Service Fee ($20.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($8.96) Total Charges $36.46

**Deputy Sheriff William M Blake**                                          *Deputy Sheriff*