%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Rodney G. Smith, Executive Director
of the Teamsters Union 25
Health Services & Insurance Plan

V.

Marcos Ruiz

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-11559-PBS

TO: (Name and address of Defendant)

Marcos Ruiz
302 Chelsea Street, #3
East Boston, MA 02128

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew E. Dwyer, Esq.
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  8-30-04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                  Signature of Server

                          _____
                          Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
*Suffolk, ss.*

September 22, 2004

I hereby certify and return that on 9/18/2004 at 9:06AM I served a true and attested copy of the Summons, Complaint and Cover Sheet, Category Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Marcos Ruiz, , 302 Chelsea Street Apt 3 East Boston, MA 02128 and by mailing 1st class to the above address on 9/18/2004. Basic Service Fee (LU) ($20.00), U.S. District Court Fee ($5.00), Conveyance ($2.40), Travel ($1.00), Postage and Handling ($3.00), Attest/Copies ($10.00) Total Charges $41.40

Deputy Sheriff Robert Foscaldo                        _____
                                                       Deputy Sheriff