UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>　　Plaintiff,<br><br>v.<br><br>MARCOS RUIZ,<br><br>　　Defendant. | C.A. No. 04-11559-PBS |

## REQUEST FOR ENTRY OF DEFAULT

To:   Tony Anastas, Clerk of the United States District Court for the District of Massachusetts

Please enter the default of the Defendant, Marcos Ruiz, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead of otherwise defend as appears from the attached affidavit.

　　　　　　　　　　　　　　　　　　For the Plaintiff,
　　　　　　　　　　　　　　　　　　**RODNEY G. SMITH, EXECUTIVE**
　　　　　　　　　　　　　　　　　　**DIRECTOR of the TEAMSTERS UNION 25**
　　　　　　　　　　　　　　　　　　**HEALTH SERVICES AND INSURANCE**
　　　　　　　　　　　　　　　　　　**PLAN**
　　　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　　　_/s/ Matthew E. Dwyer_
　　　　　　　　　　　　　　　　　　Matthew E. Dwyer
　　　　　　　　　　　　　　　　　　B.B.O. # 139840
　　　　　　　　　　　　　　　　　　Kathleen A. Pennini
　　　　　　　　　　　　　　　　　　B.B.O. # 654573
　　　　　　　　　　　　　　　　　　Dwyer, Duddy & Facklam, P.C.
　　　　　　　　　　　　　　　　　　One Center Plaza; Suite 360
Date: December 1, 2004　　　　　　　Boston, MA 02108-1804
　　　　　　　　　　　　　　　　　　(617) 723-9777

## CERTIFICATE OF SERVICE

I, Matthew E. Dwyer, hereby certify that I sent a copy of the foregoing document with attachments, via first–class mail on the __1ˢᵗ__ of ~~November~~ December 2004, to:

Marcos Ruiz
302 Chelsea Street, # 3
East Boston, MA  02128

_____
Matthew E. Dwyer

Dated: ~~November~~ December _1_, 2004

f:\l25hsip\ruiz\pldg\req.default.doc:blg