UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                         Civil Action
                                                                         No: 04-11559-PBS

Rodney G. Smith,
Plaintiff,

v.

Marcos Ruiz,
Defendant.

## NOTICE OF DEFAULT

     Upon application of the Plaintiff for an Order of Default for failure of the Defendant, Marcos Ruiz, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, Marcos Ruiz, has been defaulted on December 14, 2004.

                                                     Clerk of Court


                                                     By: /s/ Robert C. Alba
                                                         Deputy Clerk

Date: December 14, 2004

Notice mailed to counsel of record and defendant(s).