UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                 Civil Action
                                                                 No: 04-11559-PBS

Rodney G. Smith,
Plaintiff,

v.

Marcos Ruiz,
Defendant.

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                        December 14, 2004

     On December 14, 2004, a notice of default was issued as to the Defendant, Marcos Ruiz, pursuant to Rule 55(b), Fed.R.Civ.P. If the Plaintiff intends to move for judgment by default, it shall do so on or before January 3, 2005. Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                                      By the Court,

                                                                     /s/ Robert C. Alba
                                                                     Deputy Clerk