UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>MARCOS RUIZ,<br><br>    Defendant. | C.A. No. 04-11559-PBS |

**PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT**

Now comes the Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, and hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 55(b)(2) for the entry of a judgment by default in the form attached hereto and marked "A" as against Marcos Ruiz.

In support of this motion, the Plaintiff respectfully refers this Court to the accompanying affidavit of Rodney G. Smith attached hereto and marked "B" and the affidavit of Matthew E. Dwyer, Esq., attached hereto and marked "C."

|  |  |
|---|---|
|  | Respectfully submitted,<br>For the Plaintiff,<br>**RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,**<br>By his attorneys, |
|  | _/s/ Kathleen A. Pennini_____<br>Matthew E. Dwyer<br>B.B.O. # 139840<br>Kathleen A. Pennini<br>B.B.O. # 654573<br>Dwyer, Duddy and Facklam, P.C.<br>One Center Plaza, Suite 360<br>Boston, MA 02108-1804 |
| Date:  January 3, 2004 | (617) 723-9777 |

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I sent a copy of the foregoing document with attachments, via first–class mail on January 3, 2005 to:

Marcos Ruiz
88 Sumner Street
East Boston, MA

                                                 _/s/ Kathleen A. Pennini_____
                                                 Kathleen A. Pennini

Dated: January __, 2005

f:\l25hsip\sein\plds\motion.default.judgment.doc:blg