UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>MARCOS RUIZ,<br><br>    Defendant. | C.A. No. 04-11559-PBS |

**PLAINTIFF'S AMENDED MOTION FOR JUDGMENT BY DEFAULT**

Now comes the Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, and hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 55(b)(2) for the entry of a judgment by default in the form attached hereto and marked "A" as against Marcos Ruiz.

In support of this motion, the Plaintiff respectfully refers this Court to the accompanying affidavit of Carol A. Blanchard attached hereto and marked "B" and the affidavit of Matthew E. Dwyer, Esq., attached hereto and marked "C."

          Respectfully submitted,
          For the Plaintiff,
          **RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,**
          By his attorneys,


          _/s/ Matthew E. Dwyer___
          Matthew E. Dwyer
          B.B.O. # 139840
          Kathleen A. Pennini
          B.B.O. # 654573
          Dwyer, Duddy and Facklam, P.C.
          One Center Plaza, Suite 360
          Boston, MA 02108-1804
Date:   January 11, 2005     (617) 723-9777


f:\l25hsip\sein\plds\motion.default.judgment.doc:blg