**"B"**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCOS RUIZ, )<br>)<br>Defendant. )<br>) | C.A. No. 04-11559-PBS |

**AFFIDAVIT OF CAROL A. BLANCHARD IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT**

Now comes the undersigned affiant and hereby deposes and states the following:

1. My name is Carol A. Blanchard and I am the Executive Director of the Teamsters Union 25 Health Services and Insurance Plan (hereinafter, "Plan") and the Plaintiff in the above-referenced matter.

2. As Executive Director, I am a fiduciary of the Plan. I am familiar with the amounts paid to Plan beneficiaries.

3. The Defendant, Marcos Ruiz, has been a participant of the Plan and has been eligible for benefits in accordance with the terms of the Plan's governing documents.

4. The Plan paid Marcos Ruiz weekly disability benefits, from August 31, 2003 to December 26, 2003, as a result of a non-work related injury.

5. The Plan's governing plan documents provide that participants who receive plan benefits inform the Plan when they return to work.

6. The Defendant failed to inform the Plan that he returned to work on December 2, 2003, and continued to receive weekly disability benefits from the Plan.

7. As a result of the Defendant's failure to inform the Plan that he had returned to work, the Defendant was overpaid weekly disability benefits in the amount of $ 1, 627.22.

8. The Plan subsequently discovered that the Defendant, Marcos Ruiz, had returned to work on December 2, 2003, and demanded repayment of the overpaid disability benefits.

9. Marcos Ruiz has subsequently refused to remit the sum of $ 1,627.22 to which the Plan is entitled under the policy in the plan documents.

10. In addition to the principal amount of $ 1,627.22, the Plan is entitled to receive interest on the amount not repaid. The Plan assesses interest at the rate of 12% per annum. Therefore, the Plan is entitled to 12% interest on the amount not repaid by Marcos Ruiz from March 24, 2004, the date of its final demand for payment prior to filing suit. The amount of interest owed the Plan is $ 146.45. The total principal plus interest is $1,773.67.

11. The Defendant is not an infant or incompetent person.

Signed under the pains and penalties of perjury this 25th day of January 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Carol A. Blanchard_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Carol A. Blanchard, Executive Director

f:\l25hsip\ruiz\pldg\aff.carol.blanchard.doc:blg