# CERTIFICATE OF SERVICE

      I, Kathleen A. Pennini, hereby certify that I sent a copy of the following documents: (1) Notice of Default; and (2) Plaintiff's AmendedMotion for Judgment by Default, with attachments, via first–class and certified mail on the 26th of January 2005, to:

Marcos Ruiz
197 Blue Hills Parkway
Milton, MA  02186

                                                                                                        /s/ Kathleen A. Pennini
                                                                                                     Kathleen A. Pennini

Dated:  January 26, 2005

f:\l25hsip\ruiz\pldg\certificateofservice.default.doc:blg