UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br>　　Plaintiff,<br><br>v.<br><br>MARCOS RUIZ,<br>　　Defendant. | C.A. No. 04-11559-PBS |

## DEFAULT JUDGMENT

SARIS, D.J.

The Defendant, Marcos Ruiz, having failed to plead, answer or otherwise defend in this action and whose default having been entered on December 14, 2004.

Now upon the application of the Plaintiff and the affidavit of Rodney G. Smith demonstrates that the Defendant currently owes Plaintiff the sum of $1,627.22 in delinquent repayments, interest in the sum of $146.45 and costs in the sum of $191.40 and the affidavit of Matthew E. Dwyer, demonstrating that the Plaintiff has spent $266.00 in attorney's costs in this matter; that the Defendant is not an infant, incompetent person, or in the military service of the United States; and is hereby:

ORDERED, ADJUDGED AND DECREED that the Plaintiff recover from Defendant, Marcos Ruiz, the sum of $2,231.07, costs to be taxed by the Clerk.

Dated: _____

_____
Hon. Patti Saris
UNITED STATES DISTRICT JUDGE

f:\l25hsip\ruiz\pldg\default.judgment.doc:blg