# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN, <br><br> Plaintiff, <br><br> v. <br><br> MARCOS RUIZ, <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 04-11559-PBS<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR SPECIAL PROCESS SERVER

Plaintiff, Rodney G. Smith, Executive Director of Teamsters Union 25 Health Services and Insurance Plan, hereby moves this Court to appoint the Suffolk County Deputy Sheriff as a Special Process Server to serve the First Execution and Judgment by Default on the Defendant in this action.

Respectfully submitted,
For the Plaintiff,
**RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,**
By his attorneys,

/s/ Kathleen A. Pennini
Matthew E. Dwyer
B.B.O. # 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108-1804
(617) 723-9777

Date:   April 15, 2005

f:\l25hsip\ruiz\pldg\mot.special.process.server.first.execution.doc:blg